F07-2779  amf  10-23-07

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee Of Argent Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2006-W2 Under the Pooling and Servicing Agreement Dated as of February 1, 2006, Without Recourse ) ) ) ) ) ) | CASE NO.: 07-1774 |
| Plaintiff ) ) | JUDGE: Christopher A. Boyko |
| -vs- ) ) | DISMISSAL JUDGMENT ENTRY |
| Anthony Eiland, et al., ) ) | |
| Defendants ) | |

On Plaintiff's oral motion and for good cause shown, the prior Judgment Entry for Money and Foreclosure entered herein August 29, 2007, is hereby vacated and set aside.

Further, Plaintiff's Complaint and this action are hereby dismissed without prejudice at Plaintiff's costs, all deposits to apply and the cost of the Preliminary Judicial Title Report shall not be taxed as costs having been paid directly by counsel for Plaintiff.

JUDGE: CHRISTOPHER A. BOYKO

APPROVED:

/s/Richard J. Feuerman
CARLISLE, McNELLIE, RINI, KRAMER & ULRICH
BY: RICHARD J. FEUERMAN (0070407)
Attorney for Plaintiff
rfeuerman@carlisle-law.com

FILED
OCT 25 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND